| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF<br>Saul ~~Rilis~~ Relis | | COURT CASE NUMBER<br>C07-2545HRL | |
| DEFENDANT<br>Michael Chertoff, et al | | TYPE OF PROCESS<br>**See Below | |
| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Civil Process Clerk, United States Attorney's Office | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>POB 36055, 450 Golden Gate Avenue, San Francisco, CA 94102 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br><br>Monica Kane<br>Jewish Family and Children Services<br>2534 Judah Street<br>San Francisco, CA 94122 | | Number of process to be served with this Form - 285 | 4 |
| | | Number of parties to be served in this case | 6 |
| | | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**1. Petition and Civil Cover Sheet
2. Application to Proceed Informa Pauperis
3. ADR Scheduling Order
4. Order re Application to Proceed Informa Pauperis

| Signature of Attorney or other Originator requesting service on behalf of:<br>Betty Walton | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>408-535-5513 | DATE<br>5/18/2007 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/29/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 6/4/07  Time: US Mail  am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$45.00 | Advance Deposits | Amount owed to U.S. Marshal or<br>$45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
5/29/07 Mailed U.S. Certified Return Receipt.
06/04/07 Received acknowledgement of service. Service on 5/30/07

EXECUTED

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Saul ~~Rilis~~ Lelio

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV07-02545

V.

Michael Chertoff, et al

TO:

Civil Process Clerk

United States Attorney's Office

Post Office Box 36055
450 Golden Gate Avenue

San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Monica Kane
    Jewish Family and Children's Services
    2534 Judah Street
    San Francisco, CA 94122

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wicking_
CLERK

_May 18, 2007_
DATE

_Betty Walton_
(BY) DEPUTY CLERK

EXECUTED

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6/04/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Donald Harris Jr | USMS |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Received acknowledgement of service. Service on 5/30/07

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/04/07
             Date

Signature of Server

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
*Address of Server*

EXECUTED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.