1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 SAUL RELIS,                        )
                                      )    No. C 07-2545 HRL
13              Plaintiff,            )
                                      )
14         v.                         )
                                      )    **STIPULATION TO DISMISS; AND**
15 Department of Homeland Security,   )    **[PROPOSED] ORDER**
   Michael Chertoff, Secretary; United States )
16 Citizenship and Immigration Services, )
   Emilio T. Gonzalez, Director; United )
17 States Citizenship and Immigration )
   Services, Rosemary Melville, District )
18 Director; U.S. Attorney General, Alberto )
   Gonzales; Federal Bureau of Investigation,)
19 Robert S. Mueller, III, Director,  )
                                      )
20              Defendants.           )
                                      )
21 _____

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

26 within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

   Stipulation to Dismiss
   C 07-2545 HRL

1   Date: June 25, 2007                                    Respectfully submitted,

2                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
3

4
                                                                      /s/
5                                                          ILA C. DEISS
                                                           Assistant United States Attorney
6                                                          Attorneys for Defendants

7

8
                                                                      /s/
9   Date: June 25, 2007                                    MONICA KANE
                                                           Attorney for Plaintiff
10

11

12
                                                  **ORDER**
13
        Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:                                                  _____
                                                           HOWARD R. LLOYD
17                                                         United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-2545 HRL                                    2