SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAUL RELIS, <br><br>          Plaintiff, <br><br>    v. <br><br> Department of Homeland Security, Michael Chertoff, Secretary; United States Citizenship and Immigration Services, Emilio T. Gonzalez, Director; United States Citizenship and Immigration Services, Rosemary Melville, District Director; U.S. Attorney General, Alberto Gonzales; Federal Bureau of Investigation, Robert S. Mueller, III, Director, <br><br>          Defendants. | No. C 07-2545 HRL <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Consent to Magistrate Judge
C 07-2545 HRL

| | | |
|---|---|---|
| 1 | Dated: June 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

          /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 28, 2007               /s/
MONICA KANE
Attorney for Plaintiff

Consent to Magistrate Judge
C 07-2545 HRL                              2