*E-filed 7/2/07*

1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-7124
FAX: (415) 436-7169

7
Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12  SAUL RELIS,                         )
                                        )    No. C 07-2545 HRL
13            Plaintiff,                )
                                        )
14       v.                             )
                                        )
15  Department of Homeland Security,    )    **STIPULATION TO DISMISS; AND**
Michael Chertoff, Secretary; United States )        **ORDER**
16  Citizenship and Immigration Services, )
Emilio T. Gonzalez, Director; United   )
17  States Citizenship and Immigration  )
Services, Rosemary Melville, District  )
18  Director; U.S. Attorney General, Alberto )
Gonzales; Federal Bureau of Investigation,)
19  Robert S. Mueller, III, Director,   )
                                        )
20            Defendants.               )
    _____)

21

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

26  within 30 days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28  ///

Stipulation to Dismiss
C 07-2545 HRL

1 | Date: June 25, 2007

Respectfully submitted,

2 |

SCOTT N. SCHOOLS
3 | United States Attorney

4 |

_____/s/_____
5 | ILA C. DEISS
Assistant United States Attorney
6 | Attorneys for Defendants

7 |

8 |

_____/s/_____
9 | Date: June 25, 2007
MONICA KANE
Attorney for Plaintiff

10 |

11 |

12 |

**ORDER**
13 |

Pursuant to stipulation, IT IS SO ORDERED.
14 |

15 |

16 | Date:   7/2/07

_____
17 | HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C 07-2545 HRL                              2